IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MACNEIL IP LLC, an Illinois Limited Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-CV-7428 |
| v. | ) ) | Hon. Sharon Johnson Coleman |
| AMETEK, Inc., d/b/a AMETEK PRESTOLITE POWER, a Delaware Corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff MacNeil IP LLC ("MacNeil") and Defendant Ametek, Inc. ("Ametek") would like to jointly report to the Court that they believe that settlement talks may allow the parties to amicably resolve the instant lawsuit.

WHEREFORE, the parties respectfully request that the Court enter and continue the current scheduled status hearing on February 19, 2016 to a day around 45 days from then, whenever it is convenient for the Court.

Respectfully submitted,

MACNEIL IP LLC,

Dated: February 17, 2016     By:     /s/ Robert S. Grabemann
                                     One of Its Attorneys

-1-

-2-

Robert S. Grabemann
*rgrabemann@daspinaument.com*
Timothy M. Schaum
*tschaum@daspinaument.com*
DASPIN & AUMENT, LLP
227 West Monroe
Suite 3500
Chicago, Illinois 60606
(312)258-1600

                              Respectfully submitted,

                              AMETEK, INC.,

Dated: February 17, 2016    By:    /s/ Andrew J. Koopman
                                           One of Its Attorneys

Benjamin E. Leace
Andrew J. Koopman
RATNERPRESTIA
1235 Westlakes Drive, Suit 301
Valley Forge, PA 19482
Telephone 610-407-0700
beleace@ratnerprestia.com
akoopman@ratnerprestia.com

Robert H. Resis
Sean J. Jungels
BANNER & WITCOFF, Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
312-463-5000
rresis@bannerwitcoff.com
sjungels@bannerwitcoff.com