**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MACNEIL IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:15-cv-07428 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| AMETEK, INC., D/B/A AMETEK PRESTOLITE POWER | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S RESPONSE TO COUNTERCLAIMS**

Plaintiff-Counter Defendant, MacNeil IP, LLC asserts the following counterclaims against Counter-Defendant MacNeil.

**PARTIES**

1. Ametek is a Delaware corporation having a principal place of business at 1100 Cassatt Road, Berwyn, PA 19312.

**RESPONSE:** On information and belief, admitted.

2. On information and belief, and as admitted by MacNeil in paragraph 2 of the Complaint, MacNeil is an Illinois limited liability company with a principal place of business at 1 MacNeil Court, Bolingbrook, Illinois 60440.

**RESPONSE:** Admitted.

**JURISDICTION AND VENUE**

3. These counterclaims arise under the Patent Act, Title 35, United States Code, as an action for Declaratory Judgment of non-infringement and patent invalidity, under 28 U.S.C. §§ 2201, 2202, and 1338(a).

**RESPONSE:** The pleading speaks for itself. Further, this calls for a legal conclusion

to which no answer is required.

4. The Court has jurisdiction over the counterclaims under 28 U.S.C. §§ 1338, 1367, and 2201. Venue is proper under 28 U.S.C. §§ 1391 and 1400.

**RESPONSE:** Admitted.

5. An actual case or controversy exists between Ametek and MacNeil regarding the invalidity and non-infringement of at least one claim of the '598 Patent, in part because MacNeil filed the Complaint alleging that Ametek has infringed at least one claim of the '598 Patent.

**RESPONSE:** Admitted.

## FIRST COUNTERCLAIM: INVALIDITY OF THE ‘598 PATENT

6. Ametek incorporates by reference paragraphs 1-5 of its Counterclaims as if fully set forth herein.

**RESPONSE:** No response is required.

7. MacNeil has alleged ownership of the '598 Patent.

**RESPONSE:** Admitted.

8. One or more claims of the '598 Patent are invalid for at least one or more of the following reasons.

a. Failure to comply with the statutory requirements of and conditions contained in 35 U.S.C. § 101; and/or

b. Failure to comply with the statutory requirements of and conditions contained in 35 U.S.C. § 102; and/or

c. Failure to comply with the statutory requirements of and conditions contained in 35 U.S.C. § 103; and/or

d. Failure to comply with the statutory requirements of and conditions contained in 35 U.S.C. § 112.

**RESPONSE:** Denied.

**SECOND COUNTERCLAIM:**
**NONINFRINGEMENT OF THE '598 PATENT**

9. Ametek incorporates by reference paragraphs 1-8 of its Counterclaims as if fully set forth herein.

**RESPONSE:** No response is required.

10. Ametek does not infringe and has not infringed, either directly or indirectly, contributorily or by inducement, any valid and enforceable claim of the '598 Patent, either literally or under the doctrine of equivalents, and therefore is not liable for infringement thereof.

**RESPONSE:** Denied.

**AFFIRMATIVE DEFENSES**

The Asserted Patent is valid and infringed by Ametek, and MacNeil expressly reserves the right to amend and/or supplement its Affirmative Defenses as discovery proceeds.

**JURY DEMAND**

MacNeil hereby demands a jury trial on all issues so triable.

Respectfully submitted,

MACNEIL IP LLC

By: __Robert S. Grabemann__________

Robert S. Grabemann
Timothy M. Schaum
Daspin & Aument LLP
227 W. Monroe Street, Suite 3500
Chicago, IL 60606
312-258-1600 – Phone
312-258-1955 – Fax
rgrabemann@daspinaument.com
tschaum@daspinaument.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing **PLAINTIFF'S RESPONSE TO COUNTERCLAIMS** to be served via ECF filing this 22nd day of February, 2016 on:

Benjamin E. Leace
Andrew J. Koopman
RATNERPRESTIA
1235 Westlakes Drive, Suite 301
Valley Forge, PA 19482
beleace@ratnerprestia.com
akoopman@ratnerprestia.com

Robert H. Resis
Sean J. Jungels
Banner & Witcoff, Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
rresis@bannerwitcoff.com
sjungels@bannerwitcoff.com

/s/ Robert S. Grabemann