# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

MacNeil IP LLC
                Plaintiff,

v.
                                      Case No.: 1:15−cv−07428
                                      Honorable Sharon Johnson Coleman

Ametek, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 9, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Parties advise the court that a settlement agreement has been reached. Status hearing set for 9/12/2016 is stricken and reset to 9/28/2016 at 09:00 AM. If a stipulation is filed prior to the next date the status will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.